# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 22, 2022

Lyle W. Cayce
Clerk

No. 22-40406
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Erlindo Perez Medrano, Jr.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:10-CR-264-1

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Jose Erlindo Perez Medrano, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Medrano has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

---

* This opinion is not designated for publication. See 5th Circuit Rule 47.5.

No. 22-40406

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.